## HUGHES v. THOMPSON.

### No. 12,214; February 6, 1888.

#### 16 Pac. 532.

Appeal—Defects not Apparent on the Record.—On appeal from an order of court granting a new trial, where no briefs are presented, and there is nothing to show upon what grounds the court granted the motion, the order will be affirmed.

APPEAL from Superior Court, Fresno County; R. E. Arick, Judge.

Terry & Terry for appellant; H. S. Dixon for respondent.

By the COURT.—The appeal is from an order granting plaintiff's motion for a new trial. No briefs have been filed.

There is nothing to show upon what grounds the court below granted the motion. We do not feel called upon to search the record for the purpose of determining whether the court erred. We presume that a new trial was properly ordered. Order affirmed.